UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Pensacola DIVISION

UNITED STATES OF AMERICA

v.                                                                                        Case No. 3:23-cr-88-MCR

COLBY SATTERWHITE
_____/

ORDER OF DETENTION - HEARING WAIVED

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), the government moved for detention. The Defendant, through counsel, initially asked for a detention hearing, which was scheduled for today's date. However, prior to the hearing, Defendant submitted a signed and executed waiver of the hearing. ECF Doc. 88. The Court also confirmed with the Defendant on the record that he understood his right to a detention hearing, that he wishes to waive the hearing, and that he understands by doing so, he will be detained.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United

States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated:      October 31, 2023

s/ *Hope Thai Cannon*
**HOPE THAI CANNON
UNITED STATES MAGISTRATE JUDGE**